31 F.3d 1171
 1994-2 Trade Cases P 70,736
 Greene County Memorial Park, Greene County Monument and Vault Company
v.
Behm Funeral Homes, Inc., Behm (Frank J., Frank C. 'Chuck',
Peggy), Rohanna (Gregory), Greenlee (Gordon, Barrett),
Lesako (Paul M.), Milliken (Samuel A.), Throckmorton
(Daryl), Tarasi (Louis M., Jr. Esq.), Hinchliffe (Joseph M. Esq.)
 NO. 93-3374
 United States Court of Appeals,
Third Circuit.
 July 06, 1994
 
 1
 Appeal From: W.D.Pa.
 
 
 2
 REVERSED.